UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SEAN GEAGAN | CIVIL ACTION NO. 6:18-cv-00078 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL COUVILLON, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

**MONROE, LOUISIANA, this 10th day of April, 2018.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE